EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 12 2004

at ___ o'clock and ___ min. ___M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 04-00078 |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | [21 U.S.C. §§ 846; 841(a)(1); |
| FRANKLIN FUJIMOTO,     (01) ) | 841(b)(1)(B)] |
| NOA KEITHLEY,          (02) ) | |
| BRANDON RICE,          (03) ) | |
| Defendants. ) | |

INDICTMENT

The Grand Jury charges:

On or about between late January, 2004 and February 1, 2004, in the District of Hawaii, FRANKLIN FUJIMOTO, NOA KEITHLEY, and BRANDON RICE, the defendants, did willfully and unlawfully conspire together and with other persons known and unknown to the Grand Jury, to possess with intent to distribute 500 grams or

SEALED
BY ORDER OF THE COURT

more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

DATED: February 12, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section


_____
KENNETH M. SORENSON
Assistant U.S. Attorney

2